Ent MD-JS6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JENKINS,<br><br>            Petitioner,<br><br>    vs.<br><br>JAMES TILTON, Secretary,<br><br>            Respondent. | Case No. EDCV 08-0734-SVW (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 10/22/08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE